**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 09-6750**

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

      v.

AVAUN CORNELL JOHNSON,

              Defendant - Appellant.

Appeal from the United States District Court for the District of Maryland, at Baltimore.  Catherine C. Blake, District Judge. (1:06-cr-00554-CCB-2)

Submitted:  September 10, 2009    Decided:  September 15, 2009

Before KING, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Avaun Cornell Johnson, Appellant Pro Se. Bryan Michael Giblin, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Avaun Cornell Johnson appeals the district court's order denying his motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Johnson</u>, No. 1:06-cr-00554-CCB-2 (D. Md. filed Mar. 30, 2009; entered Mar. 31, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>